1
2
3 I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
   FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ ϟℿ
   (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
4 RECORD IN THIS ACTION ON THIS DATE.

   DATED: 5-10-12
5
   DEPUTY CLERK
6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 1 0 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9  OTIS TELBERT BERTHEY, JR.,           )   Case No.  EDCV 10-1462-DDP (RNB)
                                        )
10                                      )
                    Plaintiff,          )   ORDER ACCEPTING FINDINGS
11                                      )   AND RECOMMENDATION
          vs.                           )   OF UNITED STATES
12                                      )   MAGISTRATE JUDGE
                                        )
13 GARY SANDOR, Warden, et al.,         )
                                        )
14                                      )
                    Defendants.         )
15 _____  )

16

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein,

18 and the Report and Recommendation of the United States Magistrate Judge.   No

19 objections to the Report and Recommendation have been filed herein.  The Court accepts

20 the findings and recommendation of the Magistrate Judge.

21        IT THEREFORE IS ORDERED that (1) plaintiff's civil rights claims are dismissed

22 with prejudice; (2) to the extent plaintiff may be seeking habeas relief, plaintiff's claims

23 are dismissed without prejudice to plaintiff bringing them in a petition for writ of habeas

24 corpus; and (3) Judgment be entered accordingly.

25 DATED:  MAY - 8 2012

26

27                                        DEAN D. PREGERSON
                                          UNITED STATES DISTRICT JUDGE
28