I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-10-12

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAY 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS TELBERT BERTHEY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GARY SANDOR, Warden, et al., <br><br> Defendants. | Case No. EDCV 10-1462-DDP (RNB) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) plaintiff's civil rights claims are dismissed with prejudice; (2) to the extent plaintiff may be seeking habeas relief, plaintiff's claims are dismissed without prejudice to plaintiff bringing them in a petition for writ of habeas corpus; and (3) Judgment be entered accordingly.

DATED: MAY -8 2012

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE