I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-10-12

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS TELBERT BERTHEY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GARY SANDOR, Warden, et al., <br><br> Defendants. | Case No. EDCV 10-1462-DDP (RNB) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that (1) plaintiff's civil rights claims are dismissed with prejudice; and (2) to the extent plaintiff may be seeking habeas relief, plaintiff's claims are dismissed without prejudice to plaintiff bringing them in a petition for writ of habeas corpus.

DATED: MAY -8 2012

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE