I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-10-12

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAY 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS TELBERT BERTHEY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GARY SANDOR, Warden, et al., <br><br> Defendants. | Case No. EDCV 10-1462-DDP (RNB) <br><br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that (1) plaintiff's civil rights claims are dismissed with prejudice; and (2) to the extent plaintiff may be seeking habeas relief, plaintiff's claims are dismissed without prejudice to plaintiff bringing them in a petition for writ of habeas corpus.

DATED: MAY -8 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY